ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERIN JUDY,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE ("USCIS"), *et al.*,<br><br>              Defendants. | C 3:24-cv-01842-LJC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

    The parties, through their undersigned attorneys, hereby stipulate to an extension of time within which the Defendants must serve the answer or otherwise respond in the above-entitled action. Defendants will file their response on or before July 8, 2024.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. *See* Dkt. No. 7. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or June 24, 2024, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or August 6, 2024. In light of the agreed-upon extension for Defendants' response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary

judgment by July 24, 2024, Defendants must file their motion for summary judgment by September 5, 2024.  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated:  June 5, 2024				Respectfully submitted,

						ISMAIL J. RAMSEY
						United States Attorney


						 */s/ Elizabeth D. Kurlan*
						ELIZABETH D. KURLAN
						Assistant United States Attorney
						Attorneys for Defendants


Dated:  June 5, 2024

						 */s/ Robert B. Jobe*
						Robert B. Jobe
						Law Office of Robert B. Jobe
						Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 5, 2024
						_____
						HON. LISA J. CISNEROS
						United States Magistrate Judge